UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR 11- **SA CR11-0142** |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | [18 U.S.C. § 1955(a): Conducting an Illegal Gambling Business] |
| JEFFREY WAYNE BRZOSKA, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1955(a)]

Beginning on a date unknown, but no later than in or around August 2004, and continuing through at least in or around August 2010, in Orange County, within the Central District of California, and elsewhere, defendant JEFFREY WAYNE BRZOSKA knowingly conducted, financed, managed, supervised, directed, and owned all or part of an illegal gambling business, namely, a gambling business involving the operation of sports bookmaking, which gambling business was a violation of the laws of the State

of California, namely, California Penal Code Section 337a, and which involved five or more persons who conducted, financed, managed, supervised, directed, and owned all or part of said illegal gambling business, and which remained in substantially continuous operation for a period in excess of 30 days and had gross revenue of at least $2,000 in a single day.

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

JEANNIE M. JOSEPH
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

TODD T. TRISTAN
Assistant United States Attorney