# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number SA CR 11-0142  Defendant Number 1
U.S.A. v. JEFFREY WAYNE BRZOSKA  Year of Birth 1972
☐ Indictment  ☑ Information  Investigative agency (FBI, DEA, etc.) ICE

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A"

**OFFENSE/VENUE**
a. Offense charged as a:
  ☐ Misdemeanor  ☐ Minor Offense  ☑ Felony
  ☐ Petty Offense  ☐ Class B Misdemeanor
b. Date of offense In or around 8/2004 through 8/2010
c. County in which first offense occurred
  Orange County
d. The crimes charged are alleged to have been committed in:
  CHECK ALL THAT APPLY
  ☐ Los Angeles  ☐ Ventura
  ☑ Orange  ☐ Santa Barbara
  ☐ Riverside  ☐ San Luis Obispo
  ☐ San Bernardino  ☐ Other _____
Citation of offense 18 U.S.C. § 1955(a)

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  ☑ No  ☐ Yes
IF YES  Case Number N/A

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE N/A

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: N/A
  Case Number _____
  Charging _____

The complaint:  ☐ is still pending
  ☐ was dismissed on: _____

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
  ☐ Yes*  ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*  ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**
IS THIS A NEW DEFENDANT?  ☐ Yes  ☑ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____
Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
  ☐ Yes*  ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*  ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
  ☐ Yes  ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☐ Yes  ☑ No
IF YES, list language and/or dialect:
_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CASE SUMMARY

**OTHER**
- ☒ Male
- ☐ Female
- ☒ U.S. Citizen
- ☐ Alien
- Alias Name(s) _____

This defendant is charged in: ☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☒ No
IF YES, should matter be sealed?  ☐ Yes  ☒ No

The area of substantive law that will be involved in this case includes:
- ☐ financial institution fraud
- ☐ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☐ environmental issues
- ☐ mail/wire fraud
- ☐ narcotics offenses
- ☐ immigration offenses
- ☐ violent crimes/firearms
- ☐ corporate fraud
- ☒ Other: Conducting an Illegal Gambling Business

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: _____ in the amount of $ _____
c. PSA supervision?  ☐ Yes  ☒ No
d. Is a Fugitive  ☐ Yes  ☒ No
e. Is on bail or release from another district: N/A
f. ☒ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.  ☐ Yes  ☒ No

Defendant is **in** custody:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: N/A
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20  ___ 21  ___ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date June 27, 2011

*Signature of Assistant U.S. Attorney*

TODD T. TRISTAN
*Print Name*