PAMELA J. NAUGHTON, Cal. Bar No. 97369
THOMAS B. SNYDER, Cal. Bar No. 211230
SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: 858-720-8900
Facsimile: 858-509-3691

Attorneys for
JEFFREY W. BRZOSKA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JEFFREY WAYNE BRZOSKA,<br><br>        Defendant. | Case No. 11-CR-00142-DOC<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING TO MARCH 26, 2012 AT 7:30 A.M.**<br><br>Sentencing Date: January 9, 2012<br>Sentencing Time: 1:30 p.m. |

      Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Todd T. Tristan, and defendant Jeffrey Wayne Brzoska, by and through his counsel of record, Pamela J. Naughton, hereby agree and stipulate that the sentencing hearing in this matter should be continued from January 9, 2012 at 1:30 p.m. to March 26, 2012 at 7:30 a.m.

      IT IS HEREBY STIPULATED that this continuance is sought at the request of the parties so that: (1) the United States can complete its investigation of matters that the parties believe will be relevant to this Honorable Court at the sentencing hearing; and (2) the parties may further consult and prepare their respective, and if necessary, supplemental sentencing positions in this matter.

IT IS SO STIPULATED

Dated: December 6, 2011

              ANDRÉ BIROTTE JR.
              United States Attorney

By            /s/ ttt*
             TODD T. TRISTAN
             Assistant United States Attorney

             Attorneys for Plaintiff
             UNITED STATES OF AMERICA

Dated: December 6, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By            /s/ pjn
             PAMELA J. NAUGHTON

             Attorneys for Defendant
             JEFFREY WAYNE BRZOSKA

* Signature with e-mail consent on November 30, 2011