**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

( ___ Amended _____ )

| | |
|---|---|
| Case No.   SACR 11-0142-DOC | Date   May 7, 2012 |

Present: The Honorable   DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Julie Barrera | Debbie Gale | Jennifer Waier |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| JEFFREY WAYNE BRZOSKA | ☐ | X | Pamela J. Naughton | X | ☐ | ☐ | None |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**   ☐ Contested   X Non-Evidentiary

Day ___ (if continued from a prior hearing date)

____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   _X_ Refer to separate Judgment Order.
____ Imprisonment for  Years/months   on each of counts _____
       Count(s) _____ concurrent/consecutive to count(s) _____
       Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.
       ____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
____ Confined in jail-type institution for _____ to be served on consecutive days/weekends
       commencing _____
____ years/months Supervised Release/Probation imposed on count(s) _____
       consecutive/concurrent to count(s) _____
       under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
       ____ Perform _____ hours of community service.
       ____ Serve _____ in a CCC/CTC.
       ____ Pay $ _____ fine amounts & times determined by P/O.
       ____ Make $ _____ restitution in amounts & times determined by P/O.
       ____ Participate in a program for treatment of narcotic/alcohol addiction.
       ____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
       ____ Other conditions: _____
____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
____ Pay $ _____ per count, special assessment to the United States for a total of $ _____
____ Imprisonment for  months/years   and for a study pursuant to 18 USC _____ with results to be furnished to the Court within   days/months   whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
____ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
_X_ Defendant informed of right to appeal.
____ ORDER sentencing transcript for Sentencing Commission.   ____ Processed statement of reasons.
_X_ Bond exonerated   ____ upon surrender   ____ upon service of _____
____ Execution of sentence is stayed until 12 noon, _____
       at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
____ Issued Remand/Release   # _____
____ Present bond to continue as bond on appeal.   ____ Appeal bond set at   $ _____
____ Filed and distributed judgment. ENTERED.
_X_ Other   Court orders passport to be returned to defendant. **The transcript of the proceeding is ordered SEALED.**

                                                                                   _____ : __12__
                                                        Initials of Deputy Clerk   jcb

cc: USPO