SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PAMELA J. NAUGHTON, Cal. Bar No. 97369
pnaughton@sheppardmullin.com
REBECCA S. ROBERTS, Cal. Bar No. 225757
rroberts@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691

Attorneys for JEFFREY W. BRZOSKA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY WAYNE BRZOSKA,<br><br>Defendant. | Case No. 11-CR-00142-DOC<br><br>**NOTICE OF MOTION AND MOTION TO MODIFY HOME DETENTION SENTENCE**<br><br>Judge: Hon. David O. Carter<br>Date:   August 27, 2012<br>Time:  1:30 p.m. |

PLEASE TAKE NOTICE THAT on August 27, 2012 at 1:30 p.m. Defendant Jeffrey Brzoska will present a motion to modify his home detention sentence before the Honorable David O. Carter, U.S. District for the Central District of California, Courtroom SA 9-160/9D, 411 West Fourth Street Santa Ana, CA 92701-4516.  Mr. Brozska seeks to shorten the term of his home confinement from six months to three months, which he completed as of August 9, 2012.

This motion is brought pursuant to 18 U.S.C. section 3563(c) and Federal Rule of Criminal Procedure 32.1 and is based upon this noticed motion and motion, the memorandum points and authorities, the declarations of United States Probation Officer Meriska Holt, attorney Rebecca S. Roberts and all other facts

appearing in the court's files and upon such further evidence, oral or documentary, as may be presented prior to or at the hearing on this motion.

Dated: August 20, 2012

> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
>
> By /s/ Pamela J. Naughton
> PAMELA J. NAUGHTON
> REBECCA S. ROBERTS
> Attorneys for JEFFREY W. BRZOSKA

# I.
## MEMORANDUM OF POINTS AND AUTHORITIES

On August 22, 2011, Jeffrey Brzoska, a 38 year old first time offender, pled guilty to a single count information charging him with conducting an illegal gambling business under 18 U.S.C. § 1955(a). Mr. Brzoska entered his guilty plea to the information pursuant to a written plea agreement with the government. On May 7, 2012, this Court sentenced Mr. Brzoska to probation for a term of two years, including six months of home detention in Park City, Utah. **At the sentencing hearing, this Court stated that after Mr. Brozska successfully served three months of home detention, it would consider reducing his sentence to time served**. Mr. Brzoska immediately started serving his home detention. As of August 9, 2012, he completed three months of home detention.

Mr. Brzoska now requests that the Court modify the terms of his home detention to three months – time he has already served. District courts have the sole discretion to modify probation sentences. 18 U.S.C. § 3563(c) provides:

> The court may modify, reduce, or enlarge the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation . . . .

See also Fed. Rule of Crim. Proc. 32.1(c).

Mr. Brzoska's request to modify his home detention sentence is fully supported by his United States Probation Officer, Meriska Holt. See generally Declaration of Meriska Holt ("Holt Decl.") Furthermore, neither Mr. Brozska's California probation officer nor the government objects to this request. Declaration of Rebecca S. Roberts ("Roberts Decl.") ¶ 2-3. Mr. Brzoska has fully complied with the terms of his probation and home detention and has been a model probationer. Holt Decl. ¶ 3. Mr. Brozska is anxious to get back to full time employment, which he cannot do while under home detention. Id. ¶ 4. It will be easier for Mr. Brozska to quickly pay off his fine if he can return to work.

A. **Case Background**

      Mr. Brzoska was involved in an illegal sports betting operation. The bets were booked through an offshore sports book located in Costa Rica. Mr. Brzoska accepted bets from customers and settled up with the bettor, collecting money from the losing betters and paying out money to the winners. However, Mr. Brozska never took any action to force loser betters to pay their debts. If a losing better could not or would not pay, Mr. Brozska would simply write off the debt and move on. He never "strong armed" anyone into paying. Both winners and losers described Mr. Brozska as a "really nice guy" to the case agent. Mr. Brzoska's sports book was not a large gambling enterprise. It consisted mostly of friends and friends of friends.

      Mr. Brozska was in the process of phasing out of the business and turning control over to Scott Murphy when case agents detained him. Notably, Mr. Murphy, who was already involved in the business and taking control of the operation, was sentenced to probation for two years, fined $1,500.00 and subject to 100 hours of community service. Mr. Murphy did not receive any home detention. See United States v. Murphy, 11cr00143-CJC-1.

B. **Acceptance of Punishment**

      Mr. Brozska has accepted full responsibility for his criminal activity and has done everything possible to make amends. As discussed in the materials filed by the United States at sentencing under seal, Mr. Brzoska has fully cooperated with the government from the first day the agents contacted him. Moreover, Mr. Brzoska agreed to forgo any claim in over $100,000 (much of which was earned from legitimate business endeavors) which was seized from his PayPal account. See United States v. $105,349.33 in United States Currency and Bank Funds, 11-CV-1482-RSWL.

      Prior to serving home detention, Mr. Brzoska had been gainfully employed in construction and real estate and was actively involved in the Park City

community. Specifically, he coached a number of boys' lacrosse teams. The lacrosse association for which Mr. Brzoska works fully supports him and would like him to return to coaching as soon as possible.

        Mr. Brzoska is ashamed and devastated by his involvement in this criminal activity for which he accepts complete responsibility.  He has **no prior record** and is a college graduate.  As the probation office's Presentence Investigation Report ("PSR"), Mr. Brzoska's sentencing memorandum make clear, Mr. Brzoska's behavior in this case stands in stark contrast to the way he has lived his entire life and is an anomaly in a lifetime marked by dedication to his family, his friends and his community.  Mr. Brzoska is a loyal, dedicated and loving fiancée, brother and son who has positively impacted the lives of numerous people, from family members to employees to friends to the boys on the lacrosse teams he coaches.

        Mr. Brozska is anxious to return to full time employment and to begin contributing to his Park City community as soon as possible.  Accordingly, he respectfully requests that the Court modify his sentence of home detention from six months to three months – time he has already served.

Dated: August 20, 2012

        SHEPPARD, MULLIN, RICHTER &
        HAMPTON LLP

        By *[signature]*
        PAMELA J. NAUGHTON
        REBECCA S. ROBERTS
        Attorneys for JEFFREY W. BRZOSKA

community. Specifically, he coached a number of boys' lacrosse teams. The lacrosse association for which Mr. Brzoska works fully supports him and would like him to return to coaching as soon as possible.

Mr. Brzoska is ashamed and devastated by his involvement in this criminal activity for which he accepts complete responsibility. He has **no prior record** and is a college graduate. As the probation office's Presentence Investigation Report ("PSR"), Mr. Brzoska's sentencing memorandum make clear, Mr. Brzoska's behavior in this case stands in stark contrast to the way he has lived his entire life and is an anomaly in a lifetime marked by dedication to his family, his friends and his community. Mr. Brzoska is a loyal, dedicated and loving fiancée, brother and son who has positively impacted the lives of numerous people, from family members to employees to friends to the boys on the lacrosse teams he coaches.

Mr. Brozska is anxious to return to full time employment and to begin contributing to his Park City community as soon as possible. Accordingly, he respectfully requests that the Court modify his sentence of home detention from six months to three months – time he has already served.

Dated: August 20, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *[signature]*
PAMELA J. NAUGHTON
REBECCA S. ROBERTS
Attorneys for JEFFREY W. BRZOSKA

community. Specifically, he coached a number of boys' lacrosse teams. The lacrosse association for which Mr. Brzoska works fully supports him and would like him to return to coaching as soon as possible.

Mr. Brzoska is ashamed and devastated by his involvement in this criminal activity for which he accepts complete responsibility. He has **no prior record** and is a college graduate. As the probation office's Presentence Investigation Report ("PSR"), Mr. Brzoska's sentencing memorandum make clear, Mr. Brzoska's behavior in this case stands in stark contrast to the way he has lived his entire life and is an anomaly in a lifetime marked by dedication to his family, his friends and his community. Mr. Brzoska is a loyal, dedicated and loving fiancée, brother and son who has positively impacted the lives of numerous people, from family members to employees to friends to the boys on the lacrosse teams he coaches.

Mr. Brozska is anxious to return to full time employment and to begin contributing to his Park City community as soon as possible. Accordingly, he respectfully requests that the Court modify his sentence of home detention from six months to three months – time he has already served.

Dated: August 20, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *[signature]*
PAMELA J. NAUGHTON
REBECCA S. ROBERTS
Attorneys for JEFFREY W. BRZOSKA

community. Specifically, he coached a number of boys' lacrosse teams. The lacrosse association for which Mr. Brzoska works fully supports him and would like him to return to coaching as soon as possible.

Mr. Brzoska is ashamed and devastated by his involvement in this criminal activity for which he accepts complete responsibility. He has **no prior record** and is a college graduate. As the probation office's Presentence Investigation Report ("PSR"), Mr. Brzoska's sentencing memorandum make clear, Mr. Brzoska's behavior in this case stands in stark contrast to the way he has lived his entire life and is an anomaly in a lifetime marked by dedication to his family, his friends and his community. Mr. Brzoska is a loyal, dedicated and loving fiancée, brother and son who has positively impacted the lives of numerous people, from family members to employees to friends to the boys on the lacrosse teams he coaches.

Mr. Brozska is anxious to return to full time employment and to begin contributing to his Park City community as soon as possible. Accordingly, he respectfully requests that the Court modify his sentence of home detention from six months to three months – time he has already served.

Dated: August 20, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *[signature]*
PAMELA J. NAUGHTON
REBECCA S. ROBERTS
Attorneys for JEFFREY W. BRZOSKA